Case 1:23-mj-00316-RMM   Document 1-1   Filed 11/1

Case: 1:23-mj-00316
Assigned to: Judge Meriweather, Robin M.
Assign Date: 11/16/2023
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant is a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since December 2022. I am currently assigned to the FBI's Washington Field Office on the Violent Crimes Task Force. Before my employment with the FBI, I was a police officer with the City of Mesa Police Department in Mesa, Arizona, where I spent four years as a patrol officer and 4 years as a detective investigating various criminal violations. I have received training in general law enforcement and federal investigations, have executed numerous arrest warrants, and have participated in the execution of multiple search warrants in which evidence and instrumentalities of criminal activity have been seized. As part of my duties, I have investigated robberies of banks and commercial establishments, kidnappings, and other crimes of violence. I am an "[i]nvestigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for violations of Federal law. As an FBI Special Agent, I am authorized to execute warrants issued under the authority of the United States.

Based on my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies, I hereby state as follows:

<u>The November 13, 2023, Armed Carjacking of an Amtrack-operated Pickup Truck</u>

On Monday, November 13, 2023, shortly after 5:28 AM, uniformed members of the Metropolitan Police Department's ("MPD") First Patrol District were dispatched to the area of 1387 H Street Northeast in response to a 911 call about a carjacking with a weapon involved. Upon arrival MPD members determined that an Armed Carjacking occurred and requested the assistance of the First District Detective's Unit. Detectives James Langenbach and Jonathan Roff responded to the scene to assist with the investigation.

Detective Langenbach met with and interviewed Complaining Witness 1 ("C-1"). C-1 is an employee of Amtrak and was seated in an Amtrak-operated white 2017 Ford F250 pickup truck with United States Government registration tag G430683U. The vehicle was marked with the word "AMTRAK" and bore an Amtrak logo on both front doors. C-1 reported that they and their two coworkers pulled in front of a restaurant located in the 700 block of 14th Street Northeast – with a postal address of 1387 H Street Northeast – to get breakfast before work. C-1's coworkers – the driver and front passenger – both got out of the truck to go into the restaurant while C-1 remained in the rear driver-side seat of the truck, which was still running.

While seated in the Amtrak truck, C-1 saw a black male (hereafter "S-1"), later determined by law enforcement to be Rubin Raphael BORDEAUX, wearing a face mask covering most his face up to his eyes. C-1 stepped out of the truck, thinking it was C-1'S coworker, but realized it was not. S-1 stated something to the effect of "give me the truck." C-1 reports that they stared at S-1. S-1 then brandished a black handgun at C-1 and again stated something to the effect of "give me the truck." C-1 responded with something to the effect of "take the truck." S-1 then got into the driver's seat of the truck and drove south on 14th Street Northeast and then left onto Maryland Avenue Northeast.

1

With the assistance of surveillance footage recorded by near-by MPD-operated cameras, law enforcement determined that the truck traveled east on Maryland Avenue Northeast and then turned north on Bladensburg Road Northeast.



Figure 1: Carjacked Amtrak Truck traveling east on Maryland Avenue Northeast just prior to turning onto Bladensburg Road Northeast

The truck was equipped with a CB radio which had tracking capabilities. Using the CB radio's signal, law enforcement then learned that the truck was tracked to 200 36th Street Northeast, Washington, D.C. They responded to the location and located a CB radio which belonged in the truck, but not the truck itself. The CB radio was forensically processed by technicians from the District of Columbia Department of Forensic Sciences (DFS) and returned to Amtrak Police.

During this time, law enforcement learned an Apple iPAD tablet was believed to be still in the truck, and was being tracked to 1000 Newton Street Northeast, Washington, D.C. Law enforcement was able to locate the truck at the location. The truck was unoccupied at the time it was recovered. It had severe damage to its front end and passenger side. The truck was forensically processed by DFS.



Figure 2: Images of the truck showing portions of the damage

Through its investigation, law enforcement obtained surveillance footage from various sources that showed portions of the offense. Through the video, images, and information, law enforcement learned the following:

The Amtrak pickup truck in which C-1 was sitting was observed via video surveillance parked on the west curb of the 700 block of 14th Street Northeast, in front of the front entrance of the restaurant located at 1387 H Street Northeast. At approximately 5:23 PM the driver exited the vehicle and walked into 1387 H Street Northeast. At approximately 5:24 PM the driver-side rear door opened, followed by the driver's door. The pickup-truck then pulled away from the curb and an individual – presumed to be C-1 – could be seen running into 1387 H Street Northeast.



Figure 1: Pickup truck pulling away from 1387 H Street Northeast

The pickup truck was next captured via video surveillance driving on Maryland Avenue Northeast. Footage obtained from inside of the truck shows S-1 remove a bag from his back and place it on the front passenger seat. The vehicle then turns north onto Bladensburg Road Northeast.



Figure 2: S-1 driving the truck immediately after the carjacking

GPS data shows the truck travel through portions of the District of Columbia and Maryland. The truck traveled north on Bladensburg Road Northeast and then east on New York Avenue Northeast. The truck then travels onto District of Columbia Route 295, then travels south until Pennsylvania Avenue Southeast where it exits and then turns onto Minnesota Avenue Southeast, ultimately making its way to the area of 200 36th Street Northeast, Washington, D.C.



Figure 3: Map provided by Amtrak showing the GPS tracks

During this time the camera inside of the truck captured S-1 making a phone call and asking an unknown individual something to the effect of "do you know how to disable GPS on a truck?"



Figure 4: Suspect-1 speaking to an unknown party on the phone while operating the carjacked Amtrak truck

4

An MPD-operated surveillance camera captured the truck driving and stopping by an unknown gray/silver sedan that was parked and on in front of 200 36th Street Northeast. The truck then continued to drive and turned south on 35th Street Northeast with the gray/silver sedan appearing to follow it.



Figure 5: Unknown vehicle that appears to follow the carjacked pickup truck

The Amtrak truck then traveled from the area of 200 36th Street Northeast to locations in the State of Maryland, to include 2610 Annapolis Road in Landover Hills, 10211 Baltimore Avenue in College Park, and 8500 Clarke Avenue in Laurel. An unidentified Twitter user named "MoCo PG News" reported seeing the truck on University Boulevard in Silver Spring at approximately 7:30 AM, with what the user described as "heavy front-end damage." The user later uploaded a short video of a white pickup truck driving with front-end damage.



Figure 6: Twitter post from "MoCo PG News"

At approximately 8:05 AM, the carjacked pickup truck was seen driving south on 10th Street Northeast with apparent front-end damage. The damage appears consistent with the damage seen on the video posted by Twitter user "MoCo PG News".



Figure 7: Carjacked pickup truck driving south on 10th Street entering the intersection of Otis Street Northeast

The truck turned in to the 1000 block of Newton Street Northeast from 10th Street Northeast. It stopped in front of 1000 Newton Street Northeast, where S-1 was observed via video surveillance exiting the truck and running east on the north sidewalk of Newton Street Northeast. S-1 crossed the street and ran towards the back of a private residence. S-1's path after that is currently unknown. As outlined in detail below, law enforcement later identified S-1 as Rubin Raphael BORDEAUX.

The Amtrak truck was transported in interstate commerce by BORDEAUX, from the person or presence of C-1, by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

A preliminary estimate to fix the pickup truck was provided by Metro Motor Collision Inc. and totaled approximately $27,883. To your Affiant's knowledge, the vehicle was considered to be a total loss by Amtrak.



Figure 8: S-1 after fleeing the carjacked pickup truck

The November 14, 2023, Armed Carjacking of an Amazon Delivery Vehicle

On Tuesday, November 14, 2023 members of the Prince George's County Police Department (PGPD), to include a police helicopter known as "Guardian" were surveilling a white Honda sedan that was carjacked earlier that day in Prince George's County. At approximately 5:49 PM the monitored vehicle parked in the 800 block of Bellevue Street Southeast in Washington, DC. Four individuals exited the vehicle and walked away from it. The four appeared to be walking in two groups of two at this time.



Figure 9: Suspects walking in two groups of two

The individuals ultimately walked into the 1100 block of Bellevue Street Southeast. At approximately 5:58 PM, the first two individuals encountered C-2, who was working to deliver packages for Amazon.com, Inc. C-2's work vehicle, a 2019 Mercedes-Benz Sprinter van decorated in company livery, registered to Gelco Fleet Trust and displaying Commonwealth of Virginia registration plate UA56533 was parked on the block. As C-2 walked towards the delivery van, one of the individuals – referred to as Suspect-1 or "S-1", later identified as BORDEAUX – approached C-2 in the road and appeared to begin to speak to C-2.

The second individual – referred to as Suspect-2 or "S-2" – simultaneously walked towards C-2 on the sidewalk. C-2 began to run from S-1 who in turn raised his arms in a manner consistent with someone raising a firearm. A flash was emitted from the end of an item that S-1 appeared to be holding, consistent with the muzzle-flash of a firearm.


Figure 10: Flash observed from S-1

Simultaneously, a sound consistent with that of a firearm being fired was heard. As this occurred, a thermal imaging camera showed what looked to be a hot object striking the ground and splitting apart directly at C-2's feet.


Figure 11: Thermal image showing what appears to be a ballistic projectile striking the ground directly by GARCIA as IT flees

S-2 also raised his arm in a manner consistent with someone raising a firearm. A flash was also emitted from the end of an item that Suspect-2 appeared to be holding, consistent with the muzzle-flash of a firearm. Simultaneously, a sound was heard that is consistent with that of a firearm being fired. The two sounds were unique from each other and were only heard at the point each object each emitted a flash. Both objects believed to be firearms were aimed in the direction of C-2 as the flashes were seen and sounds heard.

8



Figure 14: Flash observed from S-2

C-2 stopped running and S-1 proceeded to go through C-2's pockets. A voice was heard stating something to the effect of "give me them fucking keys." S-2 approached the two, and S-1 ran towards him. S-2 appeared to reach out to S-1 who continued to run towards the Amazon-branded van. Another voice was heard stating something to the effect of "go get in go…go fool I got him! Go fool!" That was followed by "shut the fuck up" as S-2 walked past C-2. S-1 ultimately fled the location in the Amazon-branded van while S-2 fled on foot in the opposite direction. This sequence of events was captured by both surveillance footage that was obtained near the offense location as well as by the Guardian helicopter.

Guardian continued to monitor the van as members of both PGPD and MPD pursued the van throughout the District of Columbia and Prince George's County, Maryland. S-1, who was driving the van, struck numerous vehicles in an attempt to evade law enforcement, to include what appeared to be a PGPD vehicle.

During this time, Seventh District MPD Detectives responded to meet with C-2 and further the investigation. C-2 indicated that C-2 delivers packages for Amazon. C-2 stated that C-2 had just delivered a package to a residence in the 1100 block of Bellevue Street Southeast when two black males approached C-2 with one on the sidewalk near 1143 Bellevue Street Southeast and the other on the street itself. C-2 was walking back to the Amazon Van when S-1, who was in the street, stated something to the effect of "give me the keys." C-2 started to run and S-1 pulled out a gun and discharged one round that did not strike C-2. At this point, C-2 stopped and gave S-1 the keys to the van. S-1 then got into the Amazon van and drove off.

C-2 also later provided a digitally recorded interview at the 7th District and provided written consent to process the stolen vehicle and provided an elimination buccal swab.

What appeared to be an impact mark from a fired projectile was located in the roadway of the 1100 block of Bellevue Street Southeast. Officers were however unable to locate any spent

cartridge casings at the scene. Despite this, your Affiant believes that S-1 fired a functional firearm at C-2, because: 1) the manner in which S-1 raised his arm appears to be consistent with an individual firing a handgun with one hand; 2) the flash emitted from the handheld item coupled with the simultaneous sound of a gunshot is consistent with a firearm being fired; and 3) the images from a thermal camera showing a hot object striking the ground and splitting up is consistent with a bullet that was just fired by means of an explosive action striking a hard object and splintering.

At approximately 6:50 PM, S-1 stopped the carjacked Amazon van on the sidewalk in front of 6412 Central Avenue in Capitol Heights, Maryland. He fled from the van on foot but was quickly stopped by law enforcement officers from multiple jurisdictions. S-1 was placed under arrest and charged with relevant violations of Maryland law. At no point between the carjacking and end of the pursuit did anyone but S-1 enter or exit the Amazon van. He was identified after being fingerprinted as Rubin BORDEAUX.

The Amazon van was transported in interstate commerce by BORDEAUX, from the person or presence of C-2, by force, violence, and intimidation, with the intent to cause death or serious bodily harm.

Additional law enforcement units responded to the location where BORDEAUX was stopped. BORDEAUX's appearance, to include the pants he was wearing, his hairstyle, beard, height, weight, and built were all consistent with that of S-1, who carjacked C-1 of the Amtrak truck on Monday, November 13, 2023, the day prior. Additionally, a jacket was located inside of the Amazon van BORDEAX was driving which appeared to be visually similar, if not identical, to the one worn by S-1 during the Amtrak carjacking. Law enforcement did not locate a firearm inside of the Amazon van or on BORDEAUX's person.



Figure 15: Jacket worn by Suspect-1 in carjacking of C-1 and jacket recovered after carjacking of C-2

Following his arrest, law enforcement responded to a PGPD facility where they interviewed BORDEAUX after he waived his Miranda Rights when speaking to PGPD Detectives.

BORDEAUX was shown a photograph of S-1 inside of the carjacked Amtrak pickup truck and stated something to the effect of the image looking like him. He was also shown the video showing S-1 when he makes a phone call to an unknown individual to ask if they know how to disable GPS in the truck. BORDEAUX appeared to recall the phone call but would not identify the individual he was speaking to. Based on the conversation with BORDEAUX, law enforcement believed that BORDEAUX recognized himself in the footage recorded in the carjacked Amtrak pickup truck.

Based on the foregoing, there is probable cause to believe that BORDEAUX violated 18 U.S.C. § 2119, which criminalizes Carjacking, through the November 13, 2023, armed Carjacking of the Amtrak truck and the November 14, 2023, armed Carjacking of the Amazon delivery van. Furthermore, there is probable cause to believe that BORDEUAX violated 18 U.S.C. § 924(c)(1)(A)(ii) and (iii) through his use of a firearm in furtherance of a crime of violence, to wit, the carjacking of the Amtrak truck and discharge of a firearm in furtherance of the carjacking of the Amazon van.

_____
SPECIAL AGENT CHRISTOPHER BUKOVEC
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 16th day of November, 2023.

_____
THE HONORABLE ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE